THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNAGA AVENUE HOLDING CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. WALTER S. KLEE, as Trustee, etc., Respondent.— Order vacating and setting aside stipulations to discontinue proceeding and substituting respondent as relator affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

SARAH E. ROGERS, Respondent, v. FREDERICK W. ERDTMANN and RAPHAEL PORTE, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ROOSEVELT AMUSEMENT CORPORATION, Appellant, v. EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC., Respondent.— Order denying plaintiff's motion for injunction pendente lite and granting defendant's motion for injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ROSSMAN CORPORATION, Judgment Creditor, Appellant, v. FRANCES POLIZZI, Judgment Debtor, Respondent, and "SAMUEL" POLIZZI, etc., Judgment Debtor. — Order denying motion to punish judgment debtor reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted upon the authority of Canda v. Gollner (73 Hun, 493), and proceeding remitted to the Special Term to ascertain and determine the damages suffered by the judgment creditor by reason of the assignment. According to the respondent's brief, we learn that the judgment debtor's assets realized but sixty-two dollars and fifty cents. As the assignment does not seem to have been made in bad faith, although misconceived, we think the loss of the judgment creditor should be based upon what was realized from the assigned property or the fair value thereof. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JOHN M. STEWART, Respondent, v. CALVIN R. JOHNSON, Appellant, and STANDARD ALLIED PRODUCTS CORPORATION, Defendant.— Order of Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

FREDERICK L. STRASSER, as Administrator, etc., of LEOPOLD STRASSER, Respondent, v. EDITH SILVERMAN, Appellant, and THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Order in so far as it grants plaintiff leave to amend his complaint upon condition and in so far as it denies motion of defendant Edith Silverman for judgment on her counterclaim against the defendant insurance company affirmed, with ten dollars costs and disbursements; the amended complaint to be served within ten days from the entry of the order herein. In our opinion, the former designees under the policy of Amelia and David R. Cohen should be made parties to the action and their claim to the fund, if any, litigated. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.